PER CURIAM.
Upon the appellee Barry Allen Thompson’s commendable confession of error with which we entirely agree, the order dismissing the information below pursuant to Fla.R.Crim.P. 3.190(c)(4) is reversed and the cause is remanded to the trial court for further proceedings. Burns v. State, 546 So.2d 1137 (Fla. 3d DCA 1989); J.E.S. v. State, 453 So.2d 168 (Fla. 1st DCA 1984); Sealey v. State, 379 So.2d 430 (Fla. 2d DCA 1980); Tobler v. State, 371 So.2d 1043 (Fla. 1st DCA), cert. denied, 376 So.2d 76 (Fla.1979); DeGeorge v. State, 358 So.2d 217 (Fla. 4th DCA 1978); Greer v. State, 354 So.2d 952 (Fla. 3d DCA 1978); § 810.011(1), (2), Fla.Stat. (1987).
Reversed and remanded.